(115 So. 927)

Wiley WOOD v. STATE.    (7 Div. 347.) Court of Appeals of Alabama.    March 20, 1928.

W. W. Haralson, Judge.

John B. Isbell, of Ft. Payne, for appellant.

Charlie C. McCall, Atty. Gen., for the State. Brief did not reach the Reporter.

RICE, J.    Appellant was convicted of the offense of manslaughter in the first degree, and his punishment fixed at four years' imprisonment in the penitentiary.    The case was well and smoothly tried.    Not a single exception, of merit, was reserved to any ruling of the trial court.    The testimony as to whether or not appellant had had a drink of whisky with Parker, the deceased, a short time before the fatal difficulty, being in the negative, was manifestly without injury to him, even if it be conceded that it was improperly admitted, though we do not mean to intimate that it would or would not have been improper, if in the affirmative.    The measure of proof requisite to authorize a conviction of appellant was fully, fairly, and correctly given to the jury in the trial court's splendid oral charge, in connection with the written charges given at appellant's request.    This was sufficient reason for refusing his written requested charge No. 8.    We find no error, and the judgment is affirmed.    Affirmed.

(117 So. 927)

Andrew WOODGETT v. STATE.    (5 Div. 693.)    Court of Appeals of Alabama.    June 12, 1928.

James A. Hines, Judge.

BRICKEN, P. J.    The jury rendered a verdict of guilty as charged in the first count of the indictment.    The offense therein charged was that he did distill, make, or manufacture alcoholic, spirituous, malted, or mixed liquors or beverages, a part of which was alcohol.    The second count of the indictment charged the unlawful possession of a still, etc., but as to this count the verdict of the jury operated as an acquittal.    The court duly sentenced the defendant to serve an indeterminate term of imprisonment in the penitentiary of not less than two years and not more than three years.    There is no bill of exceptions in the transcript, and the clerk of the circuit court certifies no bill of exceptions has been filed.    The appeal, therefore, is upon the record proper.    This record has been examined, as the law requires; it appears regular in all respects and without error.    It follows that the judgment of conviction, from which this appeal was taken, is affirmed.    Affirmed.

(111 So. 927)

Robert WOODRUFF v. STATE.    (7 Div. 331.)    (Court of Appeals of Alabama.    Jan. 18, 1927.)

R. B. Carr, Judge.

BRICKEN, P. J.    Affirmed.

(112 So. 927)

Jim WOOLBRIGHT v. STATE.    (6 Div. 46.)    Court of Appeals of Alabama.    Jan. 11, 1927.

John McKinley, Judge.

Jack Pratt, of Carrollton, and R. G. Redden, of Vernon, for appellant.    Harwell G. Davis, Atty. Gen., and Thos. E. Knight, Jr., Asst. Atty. Gen., for the State.

RICE, J.    Appellant was convicted of the offense of violating the prohibition laws.    The trial of the cause was had, judgment rendered, motion for new trial overruled, and sentence pronounced on November 10, 1925.    The bill of exceptions was not tendered to the presiding judge, nor filed with the clerk, until May 8, 1926, which was not within the time prescribed by law.    Accordingly the said bill of exceptions is hereby stricken, in accordance with the motion of the Attorney General.    There appearing no error in the record, the judgment is affirmed.    Affirmed.

(111 So. 927)

Silas B. WORLEY v. STATE.    (8 Div. 521.) (Court of Appeals of Alabama.    Feb. 1, 1927.)

O. Kyle, Judge.

BRICKEN, P. J.    The judgment of conviction, from which this appeal was taken, discloses that the appellant was tried and convicted in the circuit court for the offense of carrying a pistol concealed about his person.    The appeal is here upon the record only, there being no bill of exceptions.    The record is regular in all things; therefore the judgment of conviction is affirmed.    Affirmed.

(114 So. 927)

Lester WRIGHT v. STATE.    (6 Div. 168.) Court of Appeals of Alabama.    Dec. 13, 1927.

Ernest Lacy, Judge.

BRICKEN, P. J.    Appeal dismissed.

(114 So. 927)

Lizzie YOUNG v. STATE.    (4 Div. 366.) Court of Appeals of Alabama.    Nov. 15, 1927.

W. L. Parks, Judge.

BRICKEN, P. J.    Appeal dismissed.